In re Allen, Kenner; — -Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. C, No. 332,959; to the Court of Appeal, Fourth Circuit, No. 99-K-2344.
Writ granted. The district court is ordered to produce documents as ordered by the court of appeal. See State v. Allen, 00-0745 (La.App. 4th Cir.5/5/00), — So.2d -; State v. Allen, 99-2344 (La.App. 4th Cir.11/9/00), — So.2d -; see also State v. Allen, 00-1832 (La.8/23/00), — So.2d -, if it has not done so already. The district court is also directed to provide this Court with proof of compliance.